# UNITED STATES DISTRICT COURT
## for the
## Middle District of Florida

UNITED STATES OF AMERICA

v.

KENOL SENAT

| | |
|---|---|
| Case No: | 8:04-cr-276-T-23MSS |
| USM No: | 42107-018 |

Previous Judgment Signed: April 18, 2005

Defendant's Attorney: Tracy Dreispul, AFPD

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

The parties stipulate under 18 U.S.C. § 3582(c)(2) for a reduction of the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u). Having considered the stipulation

**IT IS ORDERED** that the stipulation is:

☐ DENIED.

☒ APPROVED and the defendant's previously imposed term of imprisonment **IS REDUCED TO SEVENTY (70) MONTHS OR TIME SERVED PLUS TEN DAYS, WHICHEVER IS GREATER..**

## I. COURT DETERMINATION OF GUIDELINE RANGE (prior to any departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 87 to 108 months | Amended Guideline Range: | 70 to 87 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment signed April 18, 2005, shall remain in effect.

ORDERED in Tampa, Florida, on _____ *April 4th* _____, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

Effective Date: _____
(if different from order date)